SO ORDERED: June 16, 2015.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LESTER L. LEE, | ) | Case No. 12-90007-JJG-7A |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| MICHAEL J. WALRO, as Trustee of | ) | |
| the Bankruptcy Estate of | ) | |
| Lester L. Lee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 13-59041 |
| | ) | |
| BRENDA LEE, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This matter comes before the Court on the *Amended Complaint* filed by Plaintiff Michael J. Walro, as Trustee of the Bankruptcy Estate of Lester L. Lee (the "Trustee") against Defendant Brenda Lee ("Brenda"). Consistent with the *Findings*

*of Fact and Conclusions of Law* entered contemporaneously herewith, the Court enters judgment in favor of the Trustee and against Brenda as follows:

Pursuant to 11 U.S.C. § 544(a)(1), the Court hereby avoids the pre-petition transfers from Debtor Lester L. Lee ("Debtor") of: (1) those parcels of real property located in Shelby County, Indiana more particularly described in Exhibits A-D, attached hereto; (2) 50 shares of stock in Johnson County Motel Corporation; (3) 100 shares of stock in Bi-Rite Oil Co., Inc.; and (4) those promissory notes (the "Notes"), set forth in the Assignment of Notes and Security Interest executed by Debtor on July 2, 2009, a schedule of which is attached hereto as Exhibit E.

Pursuant to 11 U.S.C. § 550(a), the Trustee is entitled to recover for the benefit of Debtor's bankruptcy estate of Lester L. Lee: (1) those parcels of real estate located in Shelby County, Indiana as particularly described in Exhibits A, B and D, attached hereto; (2) the Notes; and (3) a money judgment against Brenda in the total amount of $3,755,785.28.

The Court denies the Trustee's remaining requests for relief.

###